# FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NOV 1 9 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DEBORAH DIANE FLETCHER,      )
                             )
            Plaintiff,       )
                             )
      v.                     )       Civil Action No. **12 1878**
                             )
STAR CREEK APARTMENT         )
MANAGER,                     )
                             )
            Defendant.       )

## MEMORANDUM OPINION

The plaintiff has filed an application to proceed *in forma pauperis* and a *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff brings this action to recover a security deposit paid to her former landlord in Miami, Florida. Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint sets forth no federal question. Although the parties appear to be citizens of different states, the matter in controversy does not exceed the $75,000 threshold. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 28, 2012

Reggie B. Walton
United States District Judge



3